UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA ADAMS,

        Plaintiff,

                                                CASE NO. 12-CV-14943
v.                                         HONORABLE GEORGE CARAM STEEH

ALLSTATE INSURANCE COMPANY,

        Defendant.
_____/

ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN CASE
FOR THE LIMITED PURPOSE OF APPROVING
DISBURSEMENT OF SETTLEMENT PROCEEDS (DOC. #16)
AND APPROVING DISBURSEMENT OF SETTLEMENT PROCEEDS

Before the court is plaintiff's motion to reopen this civil action for the limited purpose of approving the disbursement of settlement proceeds. The motion is unopposed. The parties settled the matter in the amount of $3,500 after a facilitation. Plaintiff seeks distribution of the settlement proceeds as follows:

| | |
|---|---|
| Plaintiff's counsel: | $2,329.18 in costs |
| Plaintiff's counsel: | $390.27 attorney's fees |
| United Wellness Center: | $512.61 |
| Dr. Al Jaban: | $29.76 |
| Replacement services/attendant care: | $238.18 |

The remainder of the settlement proceeds due plaintiff are $0.

-1-

The court finds that the proposed disbursement of settlement proceeds is reasonable, GRANTS plaintiff's motion to reopen the case and approves the disbursement of the settlement proceeds.

IT IS SO ORDERED.

Dated: September 15, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 15, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk